**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------- X
UNITED STATES OF AMERICA,                :
    -against-                          :
                                        : No. 18 Cr. 479 (JFK)
ALBERTO ANTONIO FERNANDEZ-               :
PAULINO and RAFAEL MICHEL                : **OPINION & ORDER**
SOLIS,                                   :
                                        :
               Defendant.       :
---------------------------------- X

The arraignment in this case is set for July 18, 2018 at 11:30 a.m. before Judge John F. Keenan at Courtroom 20C, 500 Pearl Street. The time between July 10, 2018 and July 18, 2018 is excluded.

**SO ORDERED.**

Dated:    New York, New York
           July 16, 2018

                                                Loretta A. Preska
                                    United States District Judge